HENRY M. FLATEAU, as Trustee, etc., v. MORRIS RICHMAN and Others and

JACOB RICHMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.